UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
ALLSTATE INSURANCE COMPANY, ALLSTATE            Case No.: 08-cv-0565
INDEMNITY COMPANY, ALLSTATE PROPERTY            (ADS)(ETB)
AND CASUALTY INSURANCE COMPANY,
ALLSTATE NEW JERSEY INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY,
DEERBROOK INSURANCE COMPANY, ENCOMPASS
INDEMNITY COMPANY, THE GLENS FALLS
INSURANCE COMPANY AND NATIONAL BEN
FRANKLIN INSURANCE COMPANY OF ILLINOIS,

                                                Plaintiffs

    -against-

ALEXANDER ROZENBERG, M.D., A.R. MEDICAL
REHABILITATION, P.C., A.R. MEDICAL ART, P.C.,
YONKERS MEDICAL ART, P.C., INNA POLACK,
ALEXANDER POLACK, YULIY GOLDMAN,
MIGHTY MANAGEMENT GROUP, INC., MIGHTY
MANAGEMENT LLC, BLUE WAVE MANAGEMENT,
INC., NATALYA SHVARTSMAN, EMMANUEL
KUCHEROVSKY AND SHAUN ROBINSON (aka "PRINCE")

                                                Defendants.
--------------------------------------------------------------------------------

## **DEFENDANT MIGHTY MANAGEMENT GROUP, INC.'S**
## **LOCAL RULE 7.1 DISCLOSURE**

     Pursuant to Local Rule 7.1 of the Eastern District of New York, Defendant Mighty

Management Group, Inc. certifies that it is not a publicly traded company nor is there a parent

corporation and/or publicly held corporation that owns 10% or more of its stock.

                                     /s/ Matthew J. Conroy_____
                                     Matthew J. Conroy (MC 9014)
                                     MATTHEW J. CONROY & ASSOCIATES, PC
                                     350 Old Country Road – Suite 106
                                     Garden City, NY 11530
                                     (516) 248-2425

Dated: March 26, 2008

## **CERTIFICATE OF SERVICE**

      I, Matthew J. Conroy do hereby certify that a true and accurate copy of the foregoing pleading was served upon all counsel of record by ECF and US Mail 1st Class postage prepaid this 26th day of March 2008.

                                     /s/ Matthew J. Conroy_____
                                     Matthew J. Conroy